IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **MARK CARROLL,** *et al.*, | § | |
| Plaintiffs, | § § § | |
| v. | § | Civil Action No. 4:25-cv-1127-O-BP |
| **JUDGE MIKE HRABAL,** *et al.*, | § § § | |
| Defendants. | § § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned Chief United States District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

Accordingly, it is **ORDERED** that the Plaintiffs' claims against Metro Office Equipment LLC., Bruce Rothstein, Clouse Brown PLLC are **DISMISSED** under 28 U.S.C. § 1915(e)(2). The Plaintiffs' remaining claims are **DISMISSED WITHOUT PREJUDICE** under 28 U.S.C. § 1915(e)(2). Plaintiff's Motion to Stay (ECF No. 10) is **DENIED as moot**.

SO ORDERED on this **5th day** of **December, 2025.**

Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**